674 A.2d 582

### IN THE MATTER OF NICHOLAS J. DE MARCO, AN ATTORNEY AT LAW.

May 2, 1996.

### ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension from practice of **NICHOLAS J. DE MARCO** of **PATERSON,** who was admitted to the bar of this State in 1987, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and respondent having failed to appear on the return date of the Order to Show Cause issued in this matter, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **NICHOLAS J. DE MARCO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NICHOLAS J. DE MARCO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NICHOLAS J. DE MARCO** comply with *Rule* 1:20–20 dealing with suspended attorneys.